SEYFARTH SHAW LLP
Gerald L. Maatman (IL 6181016) (*Admitted Pro Hac Vice*)
gmaatman@seyfarth.com
Jennifer A. Riley (IL 6272366) (*Admitted Pro Hac Vice*)
jriley@seyfarth.com
233 S. Wacker Drive, 80th Floor
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

SEYFARTH SHAW LLP
Eric E. Hill (SBN 173247)
ehill@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Jinouth D. Vasquez Santos (SBN 299056)
jvasquezsantos@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
CAPSTONE LOGISTICS, LLC and
PINNACLE WORKFORCE LOGISTICS, L.L.C

GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Hali Anderson (SBN 261816)
handerson@grahamhollis.com
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Tel: 619.692.0800
Fax: 619.692.0822

Attorneys for Plaintiff
DEANDRE FURLOUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE FURLOUGH, individually and on behalf of all similarly situated employees of DEFENDANTS in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, a Delaware limited liability company; PINNACLE WORKFORCE LOGISTICS, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:18-cv-02990-SVK<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br><br><br>Complaint Filed: April 13, 2018 |

1
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties have agreed that the entire action shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. The entire action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1), each party bearing its own attorneys' fees and costs

DATED: December 23, 2019     SEYFARTH SHAW LLP

By*: /s/* Eric E. Hill
    Eric E. Hill
    Jinouth D. Vasquez Santos
    Attorneys for Defendants CAPSTONE LOGISTICS, LLC and PINNACLE WORKFORCE LOGISTICS, L.L.C.

DATED: December 23, 2019     GRAHAM**HOLLIS** APC

By: */s/* Hali M. Anderson
    Graham S.P. Hollis
    Vilmarie Cordero
    Hali M. Anderson
    Attorneys for Plaintiff DEANDRE FURLOUGH

### **ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

*/s/* Jinouth D. Vasquez Santos
Jinouth D. Vasquez Santos

**[PROPOSED] ORDER**

All parties having stipulated, IT IS HEREBY ORDERED that this entire action shall be dismissed with prejudice.

DATED: December 24, 2019

By: *Susan Van Keulen*
Susan Van Keulen
U.S. Magistrate Judge